UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HUFFMAN, | ) Case No.  CV 08-5857-RGK (PJW) |
|                     Plaintiff, | ) |
|             v. | ) J U D G M E N T |
| GABRIELLE PALADINO, | ) |
|                     Defendant. | ) |

　　　Pursuant to the Order Dismissing Complaint With Prejudice, and for the reasons contained therein,

　　　IT IS ADJUDGED that the action is dismissed with prejudice.


　　　DATED:     September 10, 2009



                                    _____
                                    R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Huffman Judgment.wpd